Appeal No. 76-343. HERBERT H. WALKER *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Case is consolidated with the cases of *Maisano* v. *Kaiser,* 117 R.I. 959, 368 A.2d 1252 (1976) and *Moran* v. *Kaiser,* 117 R.I. 959, 368 A.2d 1252 (1976), and assigned specially to the calendar for February 7, 1977 for oral argument. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Ambrose W. Carroll,* for respondent.

Appeal No. 76-352. STEVEN MORAN *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Case is consolidated with the cases of *Maisano* v. *Kaiser,* 117 R.I. 959, 368 A.2d 1252 (1976), and *Walker* v. *Kaiser,* 117 R.I. 959, 368 A.2d 1236 (1976), and assigned specially to the calendar for February 7, 1977 for oral argument. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Ambrose W. Carroll,* for respondent.

Appeal No. 76-422. LOUIS P. MAISANO *v.* KAISER ALUMINUM & CHEMICAL CORPORATION. Motion of petitioner to dismiss respondent's appeal is denied. This case is consolidated with the cases of *Walker* v. *Kaiser,* 117 R.I. 959, 368 A.2d 1253 (1976), and *Moran* v. *Kaiser,* 117 R.I. 959, 368 A.2d 1252 (1976), and assigned specially to the calendar for February 7, 1977 for oral argument. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Quinn, Cuzzone & Geremia, Bruce Q. Morin,* for respondent.